**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Site Update Solutions LLC    v.    CBS Corp.

No. 2015-1448

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Newegg Inc.
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✓] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Philip Ou
Law firm: Paul Hastings
Address: 1117 S. California Avenue
City, State and ZIP: Palo Alto, CA 94304
Telephone: 650-320-1858
Fax #: 650-320-1900
E-mail address: philipou@paulhastings.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 23, 2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 3/30/15 | /s/ Philip Ou |
|---|---|
| Date | Signature of pro se or counsel |

cc: see attached

# United States Court of Appeals for the Federal Circuit

*Site Update Solutions, LLC v. CBS Corp.,* 2015-1448

## CERTIFICATE OF SERVICE

I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by PAUL HASTINGS, Attorneys for Appellant Newegg Inc., to print this document. I am an employee of Counsel Press.

On **March 30, 2015** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

| | |
|---|---|
| John J. Edmonds<br>Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC<br>1616 S. Voss Road, Suite 125<br>Houston, Texas 77057<br>Telephone: (713) 364-5291<br>Facsimile: (832) 415-2535<br>jedmonds@cepiplaw.com | Edward W. Goldstein,<br>Goldstein Law, P.L.L.C.<br>Suite 350<br>710 N Post Oak Road<br>Houston, TX 77024<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1145<br>egoldstein@gliplaw.com<br>*Counsel for Site Update Solutions* |
| Edward R. Reines<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>edward.reines@weil.com<br>*Counsel for CBS Corp. and Ticketmaster Entertainment, Inc.* | David M. Stein<br>Akin Gump Strauss Hauer & Feld, LLP<br>4 Park Plaza, Suite 1900<br>Irvine, CA 92614<br>Telephone: (949) 885-4100<br>Facsimile (949) 885-4101<br>dstein@akingump.com<br>*Counsel for Jasons Deli Corp.* |

J. Thad Heartfield,
Heartfield Law Firm
2195 Dowlen Road
Beaumont, TX 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789
thad@jth-law.com
Counsel for the Walt Disney
Company and Time Warner, Inc.

Paper copies will also be mailed to the above counsel on this date.

March 30, 2015                                              /s/John C. Kruesi, Jr.
                                                            Counsel Press